IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | MISC. NO. : 1-07-mp-00014-MDF |
| | : | |
| KELLY BEAUDIN STAPLETON | : | |
| UNITED STATES TRUSTEE | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| VICKI A. PIONTEK, ESQ. | : | Document No.: 1 |
|     Respondent | : | |

## ORDER APPROVING STIPULATION

Upon consideration of the Stipulation between the United States Trustee and Vicki A. Piontek, Esquire, filed on April 4, 2007, and after status conference held on April 5, 2007, the Court finds that the Stipulation has been voluntarily entered into by the parties and the terms of the Stipulation do not constitute a disciplinary proceeding by this Court, it is hereby

ORDERED that the terms of the Stipulation are approved and incorporated by reference.

By the Court,

_____
Mary D. France
Bankruptcy Judge

Date: April 5, 2007

*This document is electronically signed and filed on the same date.*